Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT

JAN 24 2008

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRETT TAGGER, | No. CV 06-5250-RC |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE,[1] Commissioner of Social Security, | |
| Defendant. | |

IT IS ADJUDGED that Judgment be entered remanding the action to the Social Security Administration for further proceedings consistent with the Opinion and Order, pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: January 24, 2008

ROSALYN M. CHAPMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), Michael J. Astrue is substituted as the defendant in this action.

MDO-R&R\06-5250.jud
1/24/08