Suzanne C. Leidner, Esq. (CSB #090387)
LEIDNER & LEIDNER
4622 Hollywood Blvd.
Los Angeles, CA 90027
Tel. 323 664-5670/Fax: 323 662-0840
Email: SCLeidner@sbcglobal.net

Counsel for plaintiff Jerrett Tagger

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JERRETT TAGGER, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. CV 06-5250 RC <br><br> [~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff is awarded attorney's fees under the Equal Access to Justice Act ("EAJA") in the amount THREE THOUSAND FIVE HUNDRED DOLLARS and 00 cents ($3,500.00), as authorized by 28 U.S.C. §2412(d), and subject to the terms of the Stipulation.

Dated: 6/2/08

ROSALYN M. CHAPMAN
UNITED STATES MAGISTRATE JUDGE

-1-